UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ALBERT GOMEZ,<br><br>         Petitioner,<br><br>    v.<br><br>WILLIAM SULLIVAN, Warden,<br><br>         Respondent. | ) Case No. EDCV 06-972 RGK(JC)<br>) <s>(PROPOSED)</s><br>) ORDER ADOPTING FINDINGS,<br>) CONCLUSIONS, AND<br>) RECOMMENDATIONS OF<br>) UNITED STATES MAGISTRATE<br>) JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2  United States Magistrate Judge's Report and Recommendation, and the Judgment
3  herein on counsel for petitioner and respondent.
4  LET JUDGMENT BE ENTERED ACCORDINGLY.

6  DATED: October 16, 2009



HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE