1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11

12   JESSE ALBERT GOMEZ,                )    Case No. EDCV 06-972 RGK(JC)
13                    Petitioner,        )    (PROPOSED)
14          v.                           )    JUDGMENT
15   WILLIAM SULLIVAN, Warden,           )
16                    Respondent.        )
17   _____    )

18          Pursuant to this Court's Order Adopting Findings, Conclusions and
19   Recommendations of United States Magistrate Judge,
20          IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
21   in State Custody is denied and this action is dismissed with prejudice.
22

23          DATED: October 16, 2009

24

25                                       *Gary Klausner*

26                                       _____
27                                       HONORABLE R. GARY KLAUSNER
                                         UNITED STATES DISTRICT JUDGE
28